✎AO ___          Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

NORTHERN _____          District of _____ NEW YORK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) AND APPOINTMENT OF COUNSEL** |
| **vs.** | |
| | Case Number:      5:06-cr-0315-012 |
| ADIB BRANTLEY | USM Number:      13897-052 |
| | S. Lance Cimino, Esq. |
| Date of Previous Judgment:   December 13, 2007 | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | |

Upon motion of ☒ the defendant  ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the **motions** are:
         ☒ DENIED.

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 29                               Amended Offense Level:
Criminal History Category: VI                            Criminal History Category:
Previous Guideline Range: 151 to 188 months              Amended Guideline Range: _ to  months

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):_____
_____
_____
_____

## III.  ADDITIONAL COMMENTS

The reduction pursuant to 18 U.S.C. § 3582 was already calculated into defendant's sentence, imposed on December 13, 2007.

**IT IS SO ORDERED**.

July 14, 2008 _____
Order Date

Norman A. Mordue
Chief United States District Court Judge

_____
Effective Date (if different from order date)